# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Jarret Montez Wilson #48858
Plaintiff

VERSUS

CASE NO. 3:19-cv-00190-TSL-RHW

Demetre Apoftolidis, et al
Defendants



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 07 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

## MOTION TO AMEND COMPLAINT

The Plaintiff Jarret Montez Wilson respectfully request this Honorable Court to Amend Complaint:

On the date of December 6th, 2018 after the Plaintiff was attacked be the Defendants Demetre Apoftolidis, David King, Tyson Burleson, and the two trustie Inmates, the Plaintiff was denied medical treatment as far as Pain Meds nor cleansing lacerated wounds. On December 11, 2018 Officer Christine Dolan took the Plaintiff to medical to get a Body Chart done for documentary of the Plaintiffs wounds from the attack, and also to notify medical staff of the infection on the Plaintiffs inner right foot caused by the leg shackles. The Only Date the Plaintiff received medical treatment was December 14, 2018 which is eight (8) days after the incident took place.

The Plaintiff was place in an Isolation "lockdown" cell for (34) days without any detention notice nor probable cause from December 6, 2018 until January 9, 2019. The Plaintiff filed Grievances December 19, 2018 and prior to

filing the Grievance the Plaintiff notified the Defendant Bryan Bailey through letters concerning the beating of the Plaintiff by the Defendants and (2) trustie inmates. The Plaintiff filed a complaint to the Sheriffs Department along with an Affidavit and also filed Affidavit/Complaint to the County Court of Rankin city of Brandon. In retaliation 3 counts of felony simple assault was placed on the Plaintiff. The frivolous, spurious and pretense charges were place on the Plaintiff for exercising his rights.

The Plaintiff withdrew the frist filed grievance and refiled his Grievance January 9, 2019 due to the Sheriff and Administration was trying to cover up the situation. The Plaintiff went to a Grievance Hearing January 15, 2019, and due to the fact the Defendant Bailey so-called ordered an "Internal Investigation" there was alot of footage missing it was plain to see their job was to cover up the incident. At the Grievance Hearing the Plaintiff requested to see the footage of being forced into the room by the Defendants. The Plaintiff also requested the missing footage to be made part of the record in the filed Notice Of Appeal to Defendant Bailey on January 17, 2019, the Plaintiff also requested in the Notice Of Appeal to Defendant Bailey of the names of all parties involved be made part of the record. It is clear to see Defendant Brynn Bailey is trying to cover the incident up, and also closing the Plaintiffs Grievance.

On the date of February 1, 2019 the Plaintiff was called up front to "Booking" there was Richard Lawrence esq the Sheriff Departments Lawyer/The Hearing officer and Chief Investigator Dwayne Thornton, they let the Plaintiff review a part of the missing footage timing at 9:47 - 9:54 a.m, the footage contain video of the Plaintiff being forced into a room by the (3) Defendant while in handcuffs and shackles, also you can see the (2) inmates

2

enter the room to join the (3) Defendants in the beating of the Plaintiff. Also in the video you can see another inmate peeking in the room and other officers standing listening to me scream for help. After watching the video the Plaintiff told Richard Lawrence Esq "amend that video to the file and with a person holding the "Title The Sheriff" ordered and Internal Investigation its not suppose to be "no" missing footage. I also told Mr. Lawrence to amend sally port video of me getting chocked by Defendent Demetre Apoftolidis, he replied "The investigation is over!"

On February 3, 2019 the Plaintiff was take to medical by Lieutenant Spears and Lieutenant Daniel Barnett to get a copy of the Medical Records. Defendant Bryan Bailey was there reviewing the Plaintiff medical records and Defendant Bailey asked the Plaintiff why did he need his medical records. The Plaintiff has a good reason to believe and does believe Defendant Bailey used his Official Position to coerce the nurse to back date some bogus medical records and forge the Plaintiffs name on a medical Intake document, to make it appear like the Plaintiff received medical treatment on December 6, 2018 the day of the attack. (See Exhibit A)

On February 5, 2019 the Plaintiff received legal mail from the Clerk, U.S. District Court Southern District of Mississippi. The mail is sent to the Sheriffs Department before it goes to the jail, tampering with the Plaintiffs mail trying to see what the Plaintiff has filed or whats about to be filed to the court. See the (attached Exhibits 1, 2, and 3).

WHEREFORE, PREMISES CONSIDERED, Plaintiff Jarret Montez Wilson. hereby respectfully request that the court Amend this complaint and Exhibits.

This the 5th day of May 2019

Respectfully Submitted
Jarret Montez Wilson #48858

3