# CONSENT TO TREATMENT

__Wilson, Jarret__
Name of Inmate

__12-6-18__
Date

__48858 / 2-10-87__
ID # / Date of Birth

I hereby give my consent to (site) __RCDC__ and its medical provider, MCS, its employees, and agents to perform any examinations, diagnostic testing, laboratory procedures, X-rays, oral or injected medications, or other treatment and/or procedures recommended by the physician. I understand this consent includes testing for HIV/AIDS and any other sexually transmitted disease so designated by the State Board of Health.

I hereby give my consent to (site) __RCDC__ and its medical provider, MCS, its employees and agents to perform any dental examinations, diagnostic testing, X-rays, or other treatment recommended by the dentist.

I am aware the practice of medicine is not an exact science, and I acknowledge no guarantees have been made regarding the result of treatments or examinations performed by the site's medical provider.

I also authorize the transfer of my medical records or copies of said records to any facility to which I am referred for treatment or to any other correctional facility to which I am transferred.

I understand I may withdraw this consent to any specific treatment by refusing the treatment or test.

I sign this willingly in full understanding of the above and release the site) __RCDC__, MCS, its employees, and agents from any and all liability that may arise from this action.

__[signature]__
Inmate Signature

__12-6-18__
Date

__B. Col, LPN__
Witness

__12-6-18__
Date

**MISSISSIPPI**
CORRECTIONAL SERVICES

4