Exhibit-1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**OFFICE OF THE CLERK**

*MEMORANDUM*

---

**TO:** Jarrett Wilson, #48858
221 N. Timber St.
Brandon, MS 39042

**FROM:** Arthur Johnston, Clerk
By: Deputy Clerk

**DATE:** February 4, 2019

**SUBJECT:** Request for Forms

This memorandum is written in response to your request referenced above.

I am enclosing 2 (two) complaint forms used to file an action pursuant to 42 U.S.C. § 1983 (conditions of confinement) which includes an application to proceed without prepaying fees or costs if you are unable to pay the filing fee. The instructions for completing the complaint form are on the cover sheet. You must submit for filing the original signed complaint. You will need to retain a copy of the complaint for your records.

Before completing the forms, be sure to read and follow the instructions carefully. Failure to comply with the instructions may result in your complaint being returned to you.

After you have completed the forms, you will need to submit them for filing to Clerk, U. S. District Court, 501 E. Court Street, Suite 2.500, Jackson, Mississippi 39201.

*Pro-se Form P-1*