# Rankin County Adult Detention Center
## Inmate Grievance Form

Inmate Name: Jarret Wilson

Date Filed: 2-6-19

Classification: (Circle one)

**(Pre-Trial)**   Convicted Misd.   Convicted Felon

Date of Incident: 2-5-19

Persons Involved: Administration

**Description of Incident:**
(Be specific and include ALL details)

On Feb 5, 2019 Approx 11:00 pm I was call out to get Legal mail from the United States District Court Southern District of Mississippi at the time of receiving the mail, the officer that delivered the mail said it was opened up front due to it having a piece of scotch tape on it. Due to legal mail is suppose to be opened in front of the person that is receiving it, if not is a Federal offense for tampering with Federal Mail. My evidence is the envelope and the officer that delivered. Due to this offense camera footage needs to be revied to see who opened Legal Mail. End of Statement.

I, the undersigned, have received grievance number 2019-0006 dated 2/6/19

Filed by: _____ on _____ at _____ hrs.

Signature of Jailer: Dal Bats   Date: 2/11/19

Signature of Inmate: Jarret Wilson   Date: 2-6-19

6