# GRIEVANCE HEARING REPORT

HEARING OFFICER_____    LEGAL ADVISOR_____    SHERIFF_____

Date: 2/6/19                                    Response Date: 2/11/19

INMATE NAME: Wilson, Jarret
INMATE I.D: RCJ 2018 120060
GRIEVANCE CASE NUMBER: 2019 - 0006

DETAILS: Inmate Wilson requested a grievance about the legal mail he recieved on 2/5/19 stating it had previously been opened and taped back shut.

## OUT-COME

- ☒ CLOSED
- ☐ DENIED
- ☐ GRANTED
- ☐ REJECTED
- ☐ APPEALED
- ☐ FORWARD TO MEDICAL
- ☐ OTHER

## REASON

- ☐ CLOSED
- ☒ SATISFACTORY RESPONE
- ☐ GRANTED IN PART
- ☐ WITHDRAWN BY INMATE
- ☐ TOO LATE/TIME
- ☐ MEDICAL RESPONSE
- ☐ OTHER

COMMENTS: Attached is copy of where inmate Wilson signed for legal mail & copy of Jail Mail log. Spoke with Sgt. Murphy and she said when she recieved the mail bin the envelope already had tape on it. Was not tampered with by Jail staff

HEARING OFFICER _____

INMATE _____

7