# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JARRET MONTEZ WILSON, #48858**  **PLAINTIFF**

**v.**  **CAUSE NO. 3:19cv190-RHW**

**DEMETRE APOSTOLIDIS, et al.**  **DEFENDANTS**

___

### RESPONSE IN OPPOSITION TO [52] MOTION TO AMEND COMPLAINT / [53] MOTION TO AMEND PLEADINGS
___

**NOW COME** Defendants, Demetre Apostolidis, David King, Tyson Burleson, and Sheriff Bryan Bailey (collectively "the Rankin County Defendants"), by and through their undersigned counsel of record, and in opposition to Plaintiff's [52] Motion to Amend Complaint and [53] Motion to Amend Pleadings, state as follows:

1. Plaintiff is proceeding *pro se* and pursuant to the Prison Litigation Reform Act ("PLRA") and filed suit with this Court on March 5, 2019 alleging federal § 1983 claims. Specifically, Plaintiff alleges that he was involved in an altercation with Apostolidis, King, Burleson and two trustee inmates on or around December 6, 2018. *See* [1] Complaint, pg. 4 of 5.

2. Plaintiff seeks in his instant [52] Motion / [53] Motion to amend his complaint and add claims and/or Defendants to the litigation. This Court's uniform local rules mandate that "[a] proposed amended pleading ***must*** be an exhibit to a motion for leave to file such pleading." *see* L.U. Civ. R. 15 (emphasis added); *Anderson v. Wells Fargo Bank, NA*, 2:15cv88-KS-MTP, 2016 WL 164321, at *2 (S.D. Miss. Jan. 13, 2016) (Motion for leave to amend properly denied where "a copy of the proposed Amended Complaint" was not provided to the Court.). Plaintiff's [52] Motion / [53] Motion should be denied in their

entirety premised on Plaintiff's failure to attach a proposed amended complaint to the motions.

3.　　Moreover, Plaintiff seeks to add Bradford Chisolm as a named Defendant premised on the allegation that "Chisolm had called Defendant Tyson Burleson and told him to be ready for the Plaintiff" [53] Motion, ¶ 1.  At the February 11, 2020 omnibus hearing in this cause, Plaintiff testified that Chisolm contacted Burleson "and told him that he had an erratic, combative inmate coming to the jail." *OH Transcript*, pg. 11.  Plaintiff also admitted that the marshals, including Chisolm, were not even witnesses to the alleged incident.  *Id.*, pg. 8.  The Rankin County Defendants object to Plaintiff's [52] Motion / [53] Motion pursuant to 42 U.S.C. § 1997e(c)(1)-(2) on the basis that the facts alleged against Chisolm do not state a claim under § 1983 upon which relief could be granted.

4.　　Finally, Plaintiff seeks to include claims against the Rankin County Defendants that (1) they "are liable for the Inmates that assaulted the Plaintiff which is Deliberate Indifference ([53] Motion, ¶ 2) and (2) they "allowed two Trustee Inmate (sic) to participate in assaulting the Plaintiff supports an (sic) Deliberate Indifference claim." *Id.*, ¶ 4.  As to the first of these claims, the Rankin County Defendants cannot liable under § 1983 on a theory of vicarious liability (*see Ashcroft v. Iqbal*, 556 U.S. 662, 676 (2009) (citations omitted)), and any claim alleging vicarious liability would be frivolous as a matter of law.  As to the second claim, Plaintiff's [1] Complaint already contains a theory that the Defendants allowed two inmates to participate in the incident and any amendment to include the claim would be duplicative.  Accordingly, Plaintiff's [52] Motion / [53] Motion should be denied to the extent Plaintiff seeks to add claims against the Rankin County Defendant.

**WHEREFORE, PREMISES CONSIDERED,** Demetre Apostolidis, David King, Tyson Burleson, and Sheriff Bryan Bailey pray that Plaintiff's [52] Motion to Amend Complaint and [53] Motion to Amend Pleadings be denied.

**RESPECTFULLY SUBMITTED,** this 1st day of April, 2020.

> **DEMETRE APOSTOLIDIS, DAVID KING, TYSON BURLESON, AND SHERIFF BRYAN BAILEY - DEFENDANTS**
>
> **By:**   _/s/ Jason E. Dare_
> **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bpislaw.com
BIGGS, PETTIS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:    (601) 713-1192
Facsimile:     (601) 987-5307

### CERTIFICATE OF SERVICE

I, JASON E. DARE, hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system, and that I have this day mailed, via U.S. Mail, postage pre-paid, a true and correct copy of the above and foregoing document to the following non-ECF participant(s):

Jarret Montez Wilson, #L7689
CMCF, 2B-Building, B-Zone, Bed #73
P.O. Box 88550
Pearl, MS 39288-8550

**THIS,** the 1st day of April, 2020.

>  _/s/ Jason E. Dare_
> **JASON E. DARE**

3