IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



JARRET MONTEZ WILSON                                              PLAINTIFF

VS.                                           CAUSE NO. 3:19-CV-190-TSL-RHW

DEMETRE APOSTOLIDIS, et al.                                       DEFENDANTS

## MOTION FOR APPOINTMENT OF COUNSEL

The Plaintiff Jarret Montez Wilson, pro se files this Motion For Appointment of Counsel, in reference to the above civil action cause and in support thereof would show the following, to-wit:

1.

Plaintiff is requesting that this Honorable Court appoint him counsel to represent the indigent plaintiff under the provision of the informa pauperis statute.

2.

Plaintiff Jarret Montez Wilson, Pro Se litigant have limited ability to investigate and present his case and the level of skill required to present the evidence in his claim.

3.

Defendant's are completely being uncopertive in responding to the Discovery request.

4.

The Plaintiff is requesting appropriate appointed counsel that can assist the Pro Se litigant with his case. The Plaintiff lack in experience and needs appointed counsel with a high degree of trial skills based on firm foundation of depositions and other pretrial discovery and

preparation that is usually beyond the ability of a Pro Se prisoner.

**5.**

Legal issues are becoming beyond the Plaintiffs ability to comprehend.

**6.**

For all the above stated reasons the Plaintiff is requesting that this Honorable Court grant this Motion For Appointment of Counsel.

WHEREFORE, PREMISES CONSIDERED, Plaintiff pray that this Honorable Court grant this Motion For Appointment of Counsel.

This the 28th day of April 2020

Respectfully Submitted

*Jarret M Wilson*

Jarret M Wilson   Pro Se