# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**JARRET MONTEZ WILSON, #48858**                                                   **PLAINTIFF**

**v.**                                                          **CAUSE NO. 3:19cv190-RHW**

**DEMETRE APOSTOLIDIS, et al.**                                                  **DEFENDANTS**
_____

## MOTION FOR SUMMARY JUDGMENT
_____

**NOW COME** Defendants, Demetre Apostolidis, David King, Tyson Burleson, and Sheriff Bryan Bailey, by and through their undersigned counsel of record, and move this Court for judgment pursuant to FED. R. CIV. P. 56 by stating as follows:

1. Plaintiff, proceeding *pro se* and pursuant to the Prison Litigation Reform Act, filed suit on March 18, 2019 and alleged that his Fourteenth Amendment rights were violated on December 6, 2018 when he was booked into the Rankin County Jail.

2. Plaintiff seeks compensatory damages and injunctive relief.

3. Plaintiff's constitutional rights were not violated as alleged in the Complaint and Plaintiff's claims are frivolous as a matter of law and/or fact.

4. Defendants are entitled to qualified immunity as to all claims against them.

5. Plaintiff's excessive force claim against Apostolidis, King, and Burleson is barred by application of *Heck* and its progeny.

6. Plaintiff was not denied medical attention by Apostolidis, King, or Burleson.

7. Plaintiff has failed to allege a claim for supervisory liability against Sheriff Bailey upon which relief can be granted.

8.	Plaintiff has failed to allege a claim for *Monell* liability against Defendants, in their official capacity upon which relief can be granted.

9.	Plaintiff's claims for injunctive relief are moot.

10.	Because all of Plaintiff's claims against Defendants are frivolous as a matter of law and/or fact, Defendants request that any dismissal of Plaintiff's claims count as a strike per 28 U.S.C. § 1915(g).

11.	Premised on the legal precedent and analysis presented in these Defendants' accompanying Memorandum of Authorities, Apostolidis, King, Burleson, and Bailey respectfully request that this Court grant their Motion for Summary Judgment in its entirety and dismiss Plaintiff's action against them with prejudice.

12.	Defendants rely upon and submit the following exhibits in support of their Motion for Summary Judgment:

    a.	**Exhibit 1**  -  Complaint;

    b.	**Exhibit 2**  -  Brandon P.D. Records;

    c.	**Exhibit 3**  -  Brandon P.D. Body Cam Video (filed conventionally);

    d.	**Exhibit 4**  -  Snippet from Brandon P.D. Body Cam Video;

    e.	**Exhibit 5**  -  Inmate Records from Rankin County Jail;

    f.	**Exhibit 6**  -  Medical Records from Rankin Co. Jail;

    g.	**Exhibit 7**  -  Affidavit of Demetre Apostolidis;

    h.	**Exhibit 8**  -  Rankin Co. Jail Sally Port Video (filed conventionally);

    i.	**Exhibit 9**  -  Rankin Co. Jail Booking Hall Video (filed conventionally);

    j.	**Exhibit 10**  -  Rankin Co. Jail Booking Video (filed conventionally);

    k.	**Exhibit 11**  -  Rankin Co. Jail Booking Cell Video (filed conventionally);

  l.  **Exhibit 12** - Criminal Pleadings;

  m.  **Exhibit 13** - Criminal Transcript; and

  n.  **Exhibit 14** - Omnibus Hearing Transcript Excerpt.

**WHEREFORE, PREMISES CONSIDERED,** Demetre Apostolidis, David King, Tyson Burleson, and Sheriff Bryan Bailey pray that this Court grant their Motion for Summary Judgment and dismiss any and all claims against them in this litigation with prejudice, with such dismissal counting as a strike pursuant to the PLRA.

**RESPECTFULLY SUBMITTED,** this the 22nd day of July, 2020.

        **DEMETRE APOSTOLIDIS, DAVID KING, TYSON BURLESON, AND SHERIFF BRYAN BAILEY, DEFENDANTS**

    **BY:**  _/s/ Jason E. Dare_
        **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bpislaw.com
BIGGS, PETTIS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi 39236-4028
Telephone: (601) 713-1192
Facsimile: (601) 987-5307

**CERTIFICATE OF SERVICE**

    I, JASON E. DARE, hereby certify that on this day, I conventionally filed the foregoing with the Clerk of the Court and mailed, via U.S. Mail, postage pre-paid, a true and correct copy of the above and foregoing document to the following non-ECF participant(s):

Jarret Montez Wilson, #L7689
C.M.R.C.F
33714 Highway 35
Vaiden, MS 39176

**THIS,** the 22nd day of July, 2020.

                                              /s/ Jason E. Dare
                                              **JASON E. DARE**