# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**JARRET MONTEZ WILSON, #48858**                                                              **PLAINTIFF**

**v.**                                                                                **CAUSE NO. 3:19cv190-RPM**

**DEMETRE APOSTOLIDIS, et al.**                                                               **DEFENDANTS**
_____

### RESPONSE IN OPPOSITION TO [72] MOTION FOR STAY OF SUMMARY JUDGMENT
_____

**NOW COME** Defendants, Demetre Apostolidis, David King, Tyson Burleson, and Sheriff Bryan Bailey, by and through their undersigned counsel of record, and in opposition to Plaintiff's [72] Motion for Stay of Summary Judgment, state as follows:

1.  In his [72] Motion, Plaintiff seeks a stay of the Court's ruling on Defendants' [66] Motion for Summary Judgment by again asking for "camera footage".

2.  Defendants produced to Plaintiff a copy of all surveillance footage from the Rankin County Jail from the date in question at the February 11, 2020 Omnibus Hearing (*see* [63-2] Exhibit – Omnibus Hearing transcript, pgs. 22-23), and Plaintiff acknowledge receipt of same. *See* [63-1] Exhibit - Correspondence.

3.  This Court also previously denied as moot a similar request by Plaintiff, holding that Defendants had previously produced the requested surveillance footage and that any request for an additional copy is a discovery request properly directed to Defendants. *See* [61] Order.

4.  Plaintiff first made a "discovery request" seeking an additional copy of the surveillance footage on June 9, 2020 – *i.e.*, 21 days prior to the discovery deadline. *See* [63-1] Exhibit - Correspondence.

5. Even though the discovery request was not compliant with the *Federal Rules of Civil Procedure* and was untimely, Defendants still provided Plaintiff with two additional copies of the surveillance footage from the Rankin County Jail on July 22, 2020. *See* [68] Response; [68-1] Exhibit; [69] Notice of Conventional Filing.

6. These CD / DVDs were mailed in the same envelope as Defendants' [66] Motion, [67] Memorandum of Authorities, [68] Response and [69] Notice of Conventional Filing, which Plaintiff obviously received as evidenced by his instant [72] Motion.

7. Because Plaintiff has now received three (3) copies of all surveillance footage from the Rankin County Jail, his instant [72] Motion for Stay of Summary Judgment should be deemed as nothing more than an improper attempt to delay these proceedings and should be denied.

**WHEREFORE, PREMISES CONSIDERED,** Demetre Apostolidis, David King, Tyson Burleson, and Sheriff Bryan Bailey pray that this Court deny Plaintiff's [72] Motion for Stay of Summary Judgment and grant them any further and/or additional relief as deemed proper by the Court.

**RESPECTFULLY SUBMITTED,** this the 12th day of August, 2020.

                                           **DEMETRE APOSTOLIDIS, DAVID KING, TYSON BURLESON, AND SHERIFF BRYAN BAILEY, DEFENDANTS**

                                           **BY:**    */s/ Jason E. Dare*
                                                            **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bpislaw.com
BIGGS, PETTIS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:    (601) 713-1192
Facsimile:     (601) 987-5307

**CERTIFICATE OF SERVICE**

I, JASON E. DARE, hereby certify that on this day, I conventionally filed the foregoing with the Clerk of the Court and mailed, via U.S. Mail, postage pre-paid, a true and correct copy of the above and foregoing document to the following non-ECF participant(s):

Jarret Montez Wilson, #L7689
C.M.R.C.F
33714 Highway 35
Vaiden, MS 39176

**THIS,** the 12th day of August, 2020.

　　　　　　　　　　　　　　　　　　 /s/ Jason E. Dare
　　　　　　　　　　　　　　　　　　**JASON E. DARE**